United States District Court

Eastern District of Louisiana

Saltzman

v.                          CIVIL ACTION NO. 2:00-cv-00113 N (3)

Jenny Craig Ops Inc

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 12, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 12 P 2: 16

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA SALTZMAN, | * | CIVIL ACTION 00-0113 |
| Plaintiff, | * | NO. |
| VERSUS | * | SECTION " " SECT. N MAG. 3 |
| JENNY CRAIG OPERATIONS, INC., JENNY CRAIG WEIGHT LOSS CENTRES, INC. and JOEY MILLER | * | MAG. DIV. |
| Defendants. | * | |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 et seq., Defendants, Jenny Craig Operations, Inc. and Jenny Craig Weight Loss Centres, Inc. (hereinafter collectively referred to as "Jenny Craig") file this Notice of Removal and state:

1.

Jenny Craig is a party to an action commenced against it by plaintiff pending in the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana, captioned "Patricia Saltzman vs. Jenny Craig Operations, Inc., Jenny Craig Weight Loss Centres, Inc. and Joey Miller," No. 547-408 (the "state action").

b:HSC:Dorsey.Pld:NtRemoval

Fee 150.00
Process
X  Dktd
CtRmDep
Doc.No. 1

True copies of all process, pleadings and orders served on Defendants in the state action are attached hereto as Exhibit "A."

2.

In her Complaint, Plaintiff alleges that she is a resident of the Parish of Jefferson, State of Louisiana.

3.

Defendant Jenny Craig Operations, Inc. is a corporation incorporated in the state of California with its principal place of business in that state. Defendant Jenny Craig Weight Loss Centres, Inc. is incorporated in the state of Delaware with their principal place of business in the state of California.

4.

In her Complaint, plaintiff alleges that co-defendant Joey Miller is a resident of the Parish of Jefferson, State of Louisiana. However, Defendants submit that Ms. Miller, on information and belief, resides, currently and as of the date the Complaint was filed, in the State of Utah.

5.

In addition, Ms. Miller has been fraudulently joined as a defendant in this action by Plaintiff solely for the purpose of defeating removal of the state action to federal court on the basis of diversity jurisdiction because there is no cause of action for employment discrimination under Louisiana law against an individual employee. Accordingly, Defendant submits that even if Ms. Miller does in fact reside in Louisiana, her domicile should not be

considered by this Court in determining the existence of diversity jurisdiction under 28 U.S.C. § 1332.

6.

Defendants assert that there is complete diversity of citizenship between the parties, and that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7.

This action is one over which this Court has jurisdiction pursuant to 28 U.S.C. § 1332 and which may be removed to this Court by Defendants.

8.

Defendants have provided the Twenty-Fourth Judicial District Court for the Parish of Jefferson with notice of this removal.

9.

Defendants were served with this action on December 22, 1999 and thus thirty (30) days have not elapsed since service.

10.

In addition, defendants have confirmed with the Clerk of Court for the Twenty-Fourth Judicial District Court for the Parish of Jefferson as of the time this Notice is being filed co-defendant Ms. Joey Miller has not been served, therefore her consent to this removal is not required.

Respectfully submitted,

LEMLE & KELLEHER, L.L.P.

_____
GERALD J. HUFFMAN, JR. (# 7057)
DAVID M. WHITAKER (# 21149)
601 Poydras Street, Suite 2100
New Orleans, Louisiana 70130
Telephone: (504) 586-1241

Attorneys for Defendants,
Jenny Craig Operations, Inc. and Jenny
Craig Weight Loss Centres, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel of all parties by depositing same in the United States mail, properly addressed and postage prepaid, on this the 12th day of January, 2000.

_____
Gerald J. Huffman, Jr.