

MINUTE ENTRY
CLEMENT, J.
May 3, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICIA SALTZMAN                                CIVIL ACTION

VERSUS                                           NO. 00-113

JENNY CRAIG OPERATIONS, INC., ET AL              SECTION "N"

Service has not been made upon the following defendant(s):

**Joey Miller**

Fed. R. Civ. P. 4(m) provides:

   If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly, unless service is made on the named defendants within 120 days of the filing of the complaint or unless within that time you show good cause **in writing** for having failed to do so, plaintiff's claims against the named defendants will be dismissed without further notice.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

MAY   4 2000