

| CALL DOCKET | UNITED STATES DISTRICT COURT | SECTION "N" |
| --- | --- | --- |
| | EASTERN DISTRICT OF LOUISIANA | |

You are hereby notified that the following cases will be called by Judge Edith Brown Clement on Wednesday, JULY 26, 2000 AT 10:00 AM. Counsel to enter a default against the defendant (s) who have not filed answers or show good cause in writing 48 hours prior to the scheduled date or in open court at the appointed time why default has not been entered. Failure to show good cause will result in dismissal of the action for failure to prosecute in accordance with Rule 41(b) FRCP.

00-113    PATRICIA SALTZMAN VS JENNY CRAIG, ET AL
Attys: Kim Chatelain    Gerald Huffman, Jr.
(As to Joey Miller)

00-982    NATIONAL AMERICAN INS. VS GREGORY WASHINGTON, ET AL
Atty: David Krebs
(As to Entry of Default Judgment)

00-1162    DAVID MCELROY VS CUDD PRESSURE, ET AL
Atty: Estelle Mahoney
(As to all defendants)

00-1175    KENNETH MAXIE VS UNITED STATES OF AMERICA
Atty: John Young
(As to United States)

00-1249    INTERNATIONAL BUSINESS TRADE VS MELINDA'S LIMITED
Atty: Thomas Weyman    James Burke
(As to all defendants)

June 20, 2000

Pam Radosta, Courtroom Deputy
(589-7683)

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____