UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA SALTZMAN | * | CIVIL ACTION |
| VERSUS | * | NO. 00-113 |
| JENNY CRAIG WEIGHT LOSS CENTRES, INC., ET AL. | * | SECTION "N" |

### ORDER GRANTING MOTION AS UNOPPOSED

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to Defendant Joey Miller's Motion to Dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6), set for hearing on July 26, 2000, was timely submitted.

Accordingly, the motion is deemed unopposed and is GRANTED.

A motion for reconsideration of this order, if any, must be filed within thirty days. The motion must be accompanied by an opposition memorandum to the original motions. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

DATE OF ENTRY
JUL 2 5 2000



New Orleans, Louisiana, this 24 day of July 2000.

_____
EDITH BROWN CLEMENT
UNITED STATES DISTRICT JUDGE