


MINUTE ENTRY
CLEMENT, J.
July 26, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

The following cases were called this day to show cause why they should not be DISMISSED:

After hearing, IT IS ORDERED that the said cases be disposed of as indicated below:

**00-113** **PATRICIA SALTZMAN VS JENNY CRAIG, ET AL**
**Attys: Kim Chatelain Gerald Huffman, Jr.**
**ORDERED: PLACED ON TRIAL DOCKET**

---

**00-982** **NATIONAL AMERICAN INS. VS GREGORY WASHINGTON, ET AL**
**Atty: David Krebs**
**ORDERED: PASSED FOR 10 DAYS, MOTION FOR ENTRY OF DEFAULT FILED JULY 24, 2000.**

---

**00-1162** **DAVID MCELROY VS CUDD PRESSURE, ET AL**
**Atty: Estelle Mahoney**
**ORDERED: PLACED ON TRIAL DOCKET.**

---

**00-1175** **KENNETH MAXIE VS UNITED STATES OF AMERICA**
**Atty: John Young**
**ORDERED: PLACED ON TRIAL DOCKET.**

---

**00-1249** **INTERNATIONAL BUSINESS TRADE VS MELINDA'S LIMITED**
**Atty: Thomas Weyman James Burke**
**ORDERED: PASSED FOR 30 DAYS, THIRD-PARTY COMPLAINT FILED.**

---

July 26, 2000

[signature]
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 27 2000

