

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA SALTZMAN, | * | CIVIL ACTION |
| Plaintiff, | * | |
| | * | NO. 00-0113 |
| VERSUS | * | |
| | * | |
| JENNY CRAIG WEIGHT LOSS | * | |
| CENTRES, INC., JENNY CRAIG | * | SECTION "N" |
| OPERATIONS, INC. and JOEY MILLER, | * | |
| | * | |
| Defendants. | * | MAG. DIV. "3" |

## JOINT MOTION TO DISMISS, WITH PREJUDICE AND FOR PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel comes plaintiff, Patricia Saltzman and defendants, Jenny Craig Weight Loss Centres, Inc. and Jenny Craig Operations, Inc., who hereby jointly state that they have amicably settled all disputes between them. As a condition of the parties' settlement, and to protect the reputation of both parties, the parties request that the Court execute the attached "Order,"

DATE OF ENTRY
SEP 28 2000



requiring the parties to maintain the confidentiality of the terms of the settlement and dismissing this action, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANTS: |
|---|---|
| *signature* | *signature* |
| KIM RAINES CHATELAIN (NO. 21525) | GERALD J. HUFFMAN, JR. (NO. 7057) |
| 4224 Canal Street | DAVID M. WHITAKER (NO. 21149) |
| New Orleans, Louisiana 70119 | LEMLE & KELLEHER, L.L.P. |
| Telephone: (504) 586-0064 | Pan American Life Center |
| | 601 Poydras Street, Suite 2100 |
| | New Orleans, Louisiana 70131 |
| | Telephone: (504) 586-1241 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PATRICIA SALTZMAN,** | * | CIVIL ACTION |
| **Plaintiff,** | * | |
| | * | NO. 00-0113 |
| **VERSUS** | * | |
| | * | |
| **JENNY CRAIG WEIGHT LOSS** | * | |
| **CENTRES, INC., JENNY CRAIG** | * | SECTION "N" |
| **OPERATIONS, INC. and JOEY MILLER,** | * | |
| | * | |
| **Defendants.** | * | MAG. DIV. "3" |

### ORDER

Considering the foregoing joint motion, and upon good cause being shown,

**IT IS ORDERED** that the plaintiff and the defendants, along with their legal counsel, are hereby prohibited from divulging to any person or entity not a party to the settlement the terms of said settlement, together with the underlying facts and circumstances of the claim(s) leading to the settlement; and

**IT IS FURTHER ORDERED** that this action be dismissed, with prejudice, all parties to bear their own costs and attorneys' fees.

**NEW ORLEANS, LOUISIANA**, this the _____ day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE